IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. 23-146 |
| v. | U.S. District Judge J. Nicholas Ranjan |
| KRYSTAL MARTINEZ-Di PIPPA | |

## MOTION TO ADOPT AND PARTICIPATE IN THE PRETRIAL MOTIONS AND BRIEFS OF CO-DEFENDANT

Defendant Krystal Martinez-Di Pippa, through her attorney, Michael Ovens, files this Motion respectfully requesting an order permitting her to adopt and participate in the motions and briefs filed by and on behalf of her co-defendant:

1.     Ms. Martinez-Di Pippa is charged with violations of the Civil Disorder statute, 18 U.S.C. § 2 and 231(a)(3), and Conspiracy, 18 U.S.C. § 371. Brian Di Pippa is charged in the same indictment with the same (and additional) counts.

2.     There are a number pretrial motions and supporting briefs that have been filed on behalf of Brian Di Pippa. The resolution of some of these issues could impact the case against Ms. Martinez-Di Pippa.

3.     To the extent that the motions and briefs of Brian Di Pippa and the issues raised in them are applicable to Ms. Martinez-Di Pippa, she moves to adopt said motions and briefs as if they had been submitted by her in the first instance.

WHEREFORE, Ms. Martinez-Di Pippa requests that this Court grant the within motion and enter an order permitting her to adopt motions and briefs on behalf of Brian Di Pippa.

Respectfully submitted:

*/S/ Michael Ovens*
Michael Ovens, Esq.
PA ID No. 317994
The Law Office of Michael Ovens
220 Grant Street, Suite 302
Pittsburgh, PA 15219
P: 412-368-3445
F: 412-219-5268
mike@ovenslaw.com