IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. 23-146 |
| v. | U.S. District Judge Nicholas Ranjan |
| KRYSTAL MARTINEZ-Di PIPPA | |

AND NOW this _____ day of _____, 2024, upon consideration of Defendant's Motion to adopt and participate in the pretrial motions and briefs of Co-Defendant, it is hereby ordered that said motion is GRANTED.

BY THE COURT:

_____, J.