IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | Cr. No. 23-146 |
|---|---|
| v. | U.S. District Judge J. Nicholas Ranjan |
| KRYSTAL MARTINEZ-Di PIPPA | |

AND NOW this _____ day of _____, 2024, upon consideration of Defendant's Motion Requesting Notice Pursuant to Rule 404(b) of the Federal Rules of Evidence, said motion is GRANTED. The government is ordered to provide to Ms. Martinez-Di Pippa of any evidence subject to that rule which it intends to introduce at trial of this matter, in a detailed statement giving the specific nature of any such evidence. Said notice is also to be given as soon as is practicable. Notice shall also be given if the government becomes aware of other 404(b) evidence it intends to offer at trial.

BY THE COURT:

_____, J.