IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. 23-146 |
| v. | U.S. District Judge Nicholas Ranjan |
| KRYSTAL MARTINEZ-Di PIPPA | |

AND NOW this _____ day of _____, 2024, upon consideration of Defendant's Motion for Bill of Particulars, the government is instructed to prepare and file a bill describing the allegation as to the interstate commerce nexus in this matter as to Count Two of the indictment, 18 U.S.C. § 231(a)(3).

BY THE COURT:

_____, J.