IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 23-146 |
| BRIAN DIPIPPA<br>KRYSTAL DIPIPPA | |

## JOINT STATUS REPORT

Pursuant to the Court's Order on April 24, 2024, the parties have conferred regarding their availability for trial and a proposed schedule for the exchange of expert reports. Accordingly, the parties respectfully request that the Court schedule the trial to commence on September 9, 2024, and direct the parties to exchange expert reports on or before July 1, 2024.

Respectfully submitted,

By:   *s/Shaun E. Sweeney*
SHAUN E. SWEENEY
Assistant U.S. Attorney
PA ID No. 53568


*s/Michael J. DeRiso*
MICHAEL J. DERISO
Counsel for Defendant
Brian DiPippa
PA ID No. 76555


*s/Michael E. Ovens*
MICHAEL E. OVENS
Counsel for Defendant Krystal
Martinez-DiPippa
PA ID No. 317994